No. 145, Misc. BRUNO v. HEROLD, STATE HOSPITAL DIRECTOR. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Gretchen White Oberman* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Joel Lewittes,* Assistant Attorney General, for respondent.

No. 1196, Misc. BLOETH v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1230, Misc. TOMAIOLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 183, Misc. JACKSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Gerald W. Getty* for petitioner. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum,* Assistant Attorney General, for respondent.

No. 484, Misc. CROSBY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Samuel S. Jacobson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.